

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| LINDA STRUPP,<br><br>      Plaintiff,<br><br>vs.<br><br>KINDRED NURSING CENTERS WEST, LLC, a Delaware Limited Liability Company, and PARKVIEW ACRES CARE AND REHABILITATION CENTER, and JOHN DOES 1 THROUGH 4,<br><br>      Defendants. | No. CV-10-27-BU-SEH<br><br>ORDER |

  Pending before the Court is Plaintiff's Motion for Remand. In response to the Court's Order of June 16, 2010, Plaintiff has stated "the amount in controversy would be slightly less than $75,000 exclusive of interest and costs."[1]

  ORDERED:

  This case is remanded to the Montana Fifth Judicial District Court,

---

[1] Document No. 12, p. 3

Beaverhead County, for lack of jurisdiction.

DATED this 23rd day of June, 2010.

_/s/ Sam E. Haddon_
SAM E. HADDON
United States District Judge